IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, *Guardian Ad Litem* for BRANDIE ANDERSON, an incapacited adult,

        Plaintiff,

v.                                                             No. CV 21-1191 CG/GJF

LEA COUNTY, et al.,

        Defendants.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiff Kristina Martinez's *Unopposed Motion to Amend Plaintiff's Complaint* (the "Motion"), (Doc. 42), filed May 2, 2022. In the Motion, Plaintiff explains that, in her proposed Second Amended Complaint, she "seeks to . . . add Lea Regional Medical Center . . . as a Defendant." *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

        **IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion to Amend Plaintiff's Complaint*, (Doc. 42), is **GRANTED**.

        **IT IS FURTHER ORDERED** that the proposed Second Amended Complaint attached to the *Unopposed Motion to Amend Plaintiff's Complaint* as Exhibit 1, (Doc. 42-1), shall be deemed filed.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE