# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KRISTINA MARTINEZ, *Guardian Ad Litem* for BRANDIE ANDERSON, an incapacited adult,

       Plaintiff,

v.                                                                                                No. CV 21-1191 CG/GJF

LEA COUNTY, et al.,

       Defendants.

## ORDER EXTENDING BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Kristina Martinez's *Unopposed Motion for Extension of Time to File Response to Defendant Lea Regional Medical Center's Motion to Dismiss* (the "Motion"), (Doc. 54), filed June 17, 2022. In the Motion, Plaintiff requests a 30-day extension to file her response to the pending *Motion to Dismiss*, (Doc. 52), citing her attorney's previously-filed *Notice of Unavailability*, (Doc. 41). (Doc. 54 at 2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's response to Defendant Lea Regional Medical Center's *Motion to Dismiss Counts I, II, V, and VI*, (Doc. 52), is due **July 25, 2022**.

**IT IS FURTHER ORDERED** that Defendant Lea Regional Medical Center's reply in support of its motion is due **August 8, 2022**.

**IT IS SO ORDERED**.

                                                 THE HONORABLE CARMEN E. GARZA
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE